AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
**Eastern Division**

Zmysly                           **JUDGMENT IN A CIVIL CASE**

        v.                                Case Number: 08 C 6111

United States of America, et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons provided in this Minute Order, the Court grants defendants' motion to dismiss [doc. no. 38] because it lacks subject matter jurisdiction. All other motions pending before this Court are dismissed as moot. This case is hereby terminated.

                                             Michael W. Dobbins, Clerk of Court

Date: 8/20/2009                         _____
                                               /s/ Carole Gainer, Deputy Clerk